JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID SHEMTOV, | ) Case No. 2:24-cv-10630-SRM-JC |
|---|---|
| Petitioner, | ) JUDGMENT |
| v. | ) |
| BRYAN BIRKHOLZ, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Report and Recommendation of United States Magistrate Judge, **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Petition") is **DENIED,** and this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ADJUDGED.**

DATED: May 22, 2025

_____
HONORABLE SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE